# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EMPIRE PARKING SERVICES, INC., JEAN F. ANDERSON, JASON BARLOW, LUKE SMITH, and REBEKAH BARR,<br><br>Defendants. | Case No. 1:22-CV-0967-VMC |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff dismisses this action without prejudice. Through counsel, all parties have signed this stipulation and in so doing, stipulate that each party:

- Shall bear its respective costs and fees; and

- Agrees to cooperate regarding service should Plaintiff renew or refile this matter.

Respectfully submitted this 2nd day of December, 2022, by:

/s/ Parker J. Lavin
Parker J. Lavin
Georgia Bar No. 834623
plavin@robertstate.com
Lena Mirilovic

Georgia Bar No. 248218
lmirilovic@robertstate.com
**ROBERTS TATE LLC**
2487 Demere Road, Suite 400 St.
Simons Island, GA 31522
912.638.5200 (telephone)
912.638.5300 (facsimile)
*Counsel for Plaintiff Colony Insurance Company*

*/s/ J. Bertram Levy*
J. Bertram Levy, Esq.
Georgia Bar #449609
Emily A. Cohan
Georgia Bar #402863
**COHAN LAW GROUP, LLC**
3340 Peachtree Road
Tower 100, Suite 2570
Atlanta, Georgia 30326
(404) 891-1770 (telephone)
(404) 891-5094 (facsimile)
blevy@cohanlawgroup.com
*Counsel for Defendant Empire Parking Services, Inc.*

/s/ Matthew Q. Wetherington
Matthew Q. Wetherington
Georgia Bar No. 339639
**WETHERINGTON LAW FIRM, P.C.**
1800 Peachtree St. NW
Suite 370
Atlanta, GA 30309
404-888-333 (telephone)
matt@wfirm.com
*Counsel for Defendants Anderson, Barlow, Smith, and Barr*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EMPIRE PARKING SERVICES, INC., JEAN F. ANDERSON, JASON BARLOW, LUKE SMITH, and REBEKAH BARR,<br><br>Defendants. | Case No. 1:22-CV-0967-VMC |

## CERTIFICATE OF SERVICE

I certify that on the date shown above, I electronically filed a true and correct copy of the Parties' **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing, constituting service to all attorneys of record.

This 2nd day of December, 2022.

    **COHAN LAW GROUP, LLC**

    */s/ J. Bertram Levy*
    J. Bertram Levy, Esq.
    Georgia Bar #449609
    Emily A. Cohan
    Georgia Bar No. 402863

        3340 Peachtree Road
        Tower 100, Suite 2570
        Atlanta, Georgia 30326
        (404) 891-1770 (telephone)
        (404) 891-5094 (facsimile)
        blevy@cohanlawgroup.com
        *Counsel for Defendant Empire Parking Services, Inc.*